*State, Respondent, v. Farrar-Breckenridge, Petitioner*, No. 92101-6. Petition for review of a decision of the Court of Appeals, No. 71842-8-I, July 20, 2015, 188 Wn. App. 1058. *Denied* January 6, 2016.

*State, Respondent, v. Sorensen, Petitioner*, No. 92105-9. Petition for review of a decision of the Court of Appeals, No. 46168-4-II, July 14, 2015, 188 Wn. App. 1052. *Denied* January 6, 2016.

*State, Respondent, v. Drahold, Petitioner*, No. 92107-5. Petition for review of a decision of the Court of Appeals, Nos. 71248-9-I and 72040-6-I, July 27, 2015, 189 Wn. App. 1003. *Denied* January 6, 2016.

*State, Petitioner, v. Thomas, Respondent*, No. 92110-5. Petition for review of a decision of the Court of Appeals, Nos. 70438-9-I and 70795-7-I, June 22, 2015, 188 Wn. App. 1024. *Denied* January 6, 2016.

*Hartstene Pointe Maint. Ass'n, Respondent, v. Diehl, Petitioner*, No. 92112-1. Petition for review of a decision of the Court of Appeals, No. 45739-3-II, June 23, 2015, 188 Wn. App. 1028. *Denied* January 6, 2016.

*State, Respondent, v. Cooper, Petitioner*, No. 92114-8. Petition for review of a decision of the Court of Appeals, No. 32996-8-III, July 21, 2015, 188 Wn. App. 1065. *Denied* January 6, 2016.

*State, Respondent, v. Young, Petitioner*, No. 92115-6. Petition for review of a decision of the Court of Appeals, No. 45582-0-II, July 28, 2015, 189 Wn. App. 1011. *Denied* January 6, 2016.

*In re Marriage of Bent*, No. 92117-2. Petition for review of a decision of the Court of Appeals, No. 46824-7-II, July 7, 2015, 188 Wn. App. 1044. *Denied* January 6, 2016.